IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS DANE SANDERS,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHELLE HUNTER,<br><br>   Defendant. | No. 2:23-CV-0293-TLN-DMC-P<br><br><br>ORDER |

      Plaintiff, who is proceeding pro se, brings this civil action.  No opposition to the pending motion for summary judgment, ECF No. 11, has been filed within the time required under the Court's local rules.  Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for November 14, 2024, at 10:00 a.m., before the undersigned, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

      IT IS SO ORDERED.

Dated:  November 5, 2024

                                        DENNIS M. COTA
                                        UNITED STATES MAGISTRATE JUDGE