IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS DANE SANDERS,<br><br>Plaintiff,<br><br>v.<br><br>MICHELLE HUNTER,<br><br>Defendant. | No. 2:23-CV-0293-TLN-DMC<br><br><br><br>ORDER |

Plaintiff Curtis Dane Sanders ("Plaintiff"), proceeding pro se, brings this civil action under the Americans with Disabilities Act and the California Unruh Act. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On January 24, 2025, the magistrate judge filed findings and recommendations which were served on the parties, and which contained notice that the parties may file objections within fourteen (14) days. No objections have been filed.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]"). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed January 24, 2025, (ECF No. 14), are ADOPTED in full;
2. Defendant's motion for summary judgment, ECF No. 11, is GRANTED; and
3. The Clerk is directed to enter judgment and close this file.

Date: March 28, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE