# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CURTIS DANE SANDERS ,** | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NO: **2:23–CV–00293–TLN–DMC** |
| **MICHELLE HUNTER ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/31/2025 .**

ENTERED:   **March 31, 2025**        /s/ **Keith Holland**
                                                                  Clerk of Court